IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL ALLEN EDMONDS, JR.,

    Plaintiff,

v.                                                        Case No. 3:11cv133/MCR/EMT

WALTER McNEIL, et al.,

    Defendants.
_____/

## ORDER

        This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 6, 2011 (Doc. 11).  The court attempted to furnish the Plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), but the mail was returned as undeliverable.  According to the notice received from the Florida Department of Corrections ("FDOC"), the Plaintiff was released from custody on May 9, 2011, and the FDOC is unable to forward mail to him.  The court would also note that the plaintiff has not contacted the court to advise the court of his release or to provide an address to which court documents may be sent.

        Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted for the reasons set forth therein.  The court also finds that the Plaintiff has failed to prosecute this action and effectively abandoned his claims.

        Accordingly, it is now **ORDERED** as follows:

        1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

        2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court, as set forth in the Report and Recommendation, and also because the Plaintiff has failed to prosecute the case and effectively abandoned his

claims.

     **DONE AND ORDERED** this 29th day of July, 2011.


          *s/ M. Casey Rodgers*
          **M. CASEY RODGERS**
          **CHIEF UNITED STATES DISTRICT JUDGE**